NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MORRIS MAY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5109

---

Appeal from the United States Court of Federal
Claims in case no. 11-CV-774, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Morris May moves without opposition for an extension
of time to file a reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. May's reply brief is due no
later than 21 days from the date of this order.

MORRIS MAY v. US                                                          2

                                     FOR THE COURT

                                     /s/ Jan Horbaly
                                     Jan Horbaly
                                     Clerk

s25